## MOORE v. N. C. DEPT. OF JUSTICE

No. 216P87.

Case below: 85 N.C. App. 171.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 28 July 1987.

## MURROW v. DANIELS

No. 294A87.

Case below: 85 N.C. App. 401.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 28 July 1987.

## STATE v. ABRAMS

No. 198P87.

Case below: 84 N.C. App. 701.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.

## STATE v. BUTLER

No. 244P87.

Case below: 85 N.C. App. 171.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.

## STATE v. CARROLL

No. 330P87.

Case below: 85 N.C. App. 696.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.